**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

TOMAZ WILLIAMS,

      Plaintiff,

      v.

CAPITAL ONE AUTO FINANCE, *et al.*,

      Defendants.

CIVIL ACTION NO.: 4:26-cv-130

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 20, 2026, Report and Recommendation, (doc. 5), to which Plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 5.) Plaintiff's Motion to Proceed *in forma pauperis* is **DENIED**. (Doc. 2.) Pursuant to the Court's Local Rules, Plaintiff is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order. L.R. 4.2(2). Failure to make timely payment will result in dismissal. Id.

While the Report and Recommendation was pending, Plaintiff apparently purported to effect service upon Defendants. (Doc. 6.) Although that service could not have been effective, since no summonses were ever issued, see Fed. R. Civ. P. 4(c)(1) ("A summons must be served with a copy of the complaint."), Defendants have appeared and filed a Motion to Dismiss, pursuant to Rule 12(b)(6), (doc. 8). Plaintiff has responded in opposition. (Doc. 10.) Under the circumstances, the Court will take no immediate action on Defendants' Motion. Since Plaintiff has not been authorized to proceed *in forma pauperis*, his Complaint has not been properly filed

unless and until he pays the fee. <u>See, e.g.,</u> 28 U.S.C. §§ 1914(a); 1915(a); <u>Brooks v. Special School Dist. of St. Louis Cnty.</u>, 129 F.3d 121 (Table), 1997 WL 633107, at *1 (8th Cir. 1997) ("Payment of a filing fee is mandatory for a party instituting a civil action."). Upon Plaintiff's compliance with the payment instruction above, the Court will take up the Defendants' Motion.

**SO ORDERED**, this 29th day of July, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2